IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SIDNEY MARKER,<br><br>    Defendant. | CASE NO. 8:21CR78<br><br><br><br>**MOTION TO CONTINUE TRIAL** |

**COMES NOW** the Defendant, Sidney Marker, by and through her attorney, Joseph L. Howard, and hereby moves the Court for an Order continuing the trial currently scheduled to begin on May 31, 2022 for a period of thirty (30) – sixty (60) days and in support of said Motion, Defendant states as follows:

1. Negotiations between the parties are on-going at this time;

2. Defendant Marker is aware of this motion, has been properly advised regarding the ramifications on her right to a speedy trial, and seeks a continuance in this case.

**WHEREFORE** Defendant prays for a continuance of the trial currently scheduled to begin on May 31, 2022 for approximately thirty (30) - sixty (60) days.

DATED this 21st day of May, 2022

                                            SIDNEY MARKER, Defendant

By:   */s/Joseph L. Howard*
        Joseph L. Howard, #22743
        DORNAN, TROIA, HOWARD, BREITKREUTZ,
        CONWAY & DAHLQUIST P.C. LLO
        1403 Farnam Street, Suite 232
        Omaha, NE 68102
        Telephone: (402) 884-7044
        Email: JHoward@DLTLawyers.com
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Kelli Ceraolo
United States Attorney's Office
1620 Dodge Street
Suite 1400
Omaha NE 68102-1506
KCeraolo@usdoj.gov

                                                       */s/ Joseph L. Howard*