IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>SIDNEY MARKER,<br><br>              Defendant. | **8:21CR78**<br><br>**ORDER** |

      This matter is before the Court on defendant Sidney Marker's ("Marker") Motion to Proceed In Forma Pauperis (Filing No. 267) on appeal. In support, Marker has submitted an affidavit of poverty under seal (Filing No. 269).

      For good cause shown, Marker's motion is granted, and she is permitted to proceed on appeal in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(3).

      IT IS SO ORDERED.

      Dated this 28th day of November 2022.

                                                      BY THE COURT:

                                                      Robert F. Rossiter, Jr.
                                                      Chief United States District Judge